**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-6385**

─────────────

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

MANUEL ZUNIGA,

                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:10-cr-00194-RBS-DEM-1)

─────────────

Submitted:  July 30, 2015          Decided:  August 11, 2015

─────────────

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Manuel Zuniga, Appellant Pro Se.  Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Manuel Zuniga appeals the district court's order denying his motion to reconsider the denial of his motion to reduce sentence filed under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Zuniga, No. 2:10-cr-00194-RBS-DEM-1 (E.D. Va. Jan. 23, 2015); see United States v. Goodwyn, 596 F.3d 233, 236 (4th Cir. 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED